UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23726-CIV-MARTINEZ-BECERRA

ALBERTO ORENA,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** came before the Court upon Magistrate Judge Becerra's Report and Recommendation, ("R&R"), (ECF No. 20), on Plaintiff's Unopposed Motion for Attorneys' Fees under the Equal Access to Justice Act ("EAJA"), (ECF No. 19). Judge Becerra's R&R recommended that Plaintiff's Motion for Attorneys' Fees be granted. The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Becerra's R&R, (ECF No. 20), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ORDERED** and **ADJUDGED** that:

1. Plaintiff's Motion for Attorneys' Fees, (ECF No. 19), is **GRANTED.**

2. Plaintiff is awarded **$7,421.21** for his reasonable attorneys' fees, and **$402.00** in reasonable costs, which represents reimbursement of the filing fee.

3. The foregoing funds should be made payable to counsel for Plaintiff so long as the United States Department of Treasury determines that Plaintiff has no outstanding debts to the United States.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of November, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record